## TALGE MAHOGANY COMPANY *v.* AITKEN, RECEIVER.

[No. 13,846.   Filed February 7, 1930.]

*Howard R. Inebuit* and *Guy W. Dausman,* for appellant.
*Deahl & Deahl,* for appellee.

PER CURIAM.—Affirmed.

## HAMILTON *v.* INSURANCE SERVICE BUREAU, INCORPORATED.

[No. 13,877.   Filed February 7, 1930.]

*Oscar C. Hagemier,* for appellant.
*Jacob S. White, Burrell Wright* and *Edward J. Boleman,* for appellee.

REMY, C. J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860.

## INDIANA EQUITABLE LIFE INSURANCE COMPANY *v.* NEWMAN.

[No. 13,142.   Filed December 14, 1928.   Rehearing denied January 9, 1930.   Transfer denied February 19, 1930.]

*Ellis E. Sluss, Harvey A. Grabill* and *L. Russell Newgent,* for appellant.
*Clarence Bretsch, Floyd H. Bretsch* and *Ellis C. Bush,* for appellee.

PER CURIAM.—Affirmed.